**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| LAURA HOIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2025-CV-13654 |
| | ) | |
| DOWNERS GROVE PARK DISTRICT | ) | Judge Manish Shah |
| | ) | |
| Defendant | ) | Magistrate Judge Berry |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record identified below, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed with prejudice. Each side shall bear its own costs and attorney's fees.

**For Laura Hois**

/s/John W. Mauck_____
John W. Mauck
jmauck@mauckbaker.com
Mauck & Baker, LLC
One N. LaSalle Street, Suite 3150
Chicago IL, 60602
(312) 853-8709 (D)
(312) 748-2383 (F)

**For the Downers Grove Park District**

/s/Michael R. Hartigan_____
Michael R. Hartigan
mhartigan@hartiganlaw.com
Hartigan & O'Connor, P.C.
53 W. Jackson, Suite 460
Chicago, IL 60604
(312)235-8881 (D)
(312)235-8884 (F)